IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES WHITNEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 10-1705 |
| | ) | |
| v. | ) | Judge Conti/ |
| | ) | Magistrate Judge Bissoon |
| R. BARKLEY; SAMUEL J. RYMAROWICZ; | ) | |
| MARRY ANN LOCKETT; BRIAN V. | ) | |
| COLEMAN; RHONDA HOUSE; Mr. BUZAS; | ) | |
| Mr. WALKER; CORRECTIONAL OFFICER | ) | |
| JOHN DOE 1; and CORRECTIONAL OFFICER | ) | |
| JOHN DOE 2, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

The above-captioned pro se prisoner civil rights action filed by Charles Whitney ("Plaintiff") was received by the Clerk of Court on December 20, 2010, and was referred to a magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.

The magistrate judge's Report and Recommendation, ECF No. [4], filed on February 9, 2011, recommended that the case be dismissed due to Plaintiff's failure to prosecute and/or obey a court order, which required Plaintiff to either pay the filing fee or file a motion for leave to proceed *in forma pauperis*. Service of the Report was made on the Plaintiff at his address of record. Plaintiff was informed that, in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and the local rules, he had a specific period of time in which to file his objections. Plaintiff filed no objections.

Accordingly, after *de novo* review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 30th day of March, 2011,

IT IS HEREBY ORDERED that the case is dismissed with prejudice for Plaintiff's failure to obey a court order.

IT IS FURTHER ORDERED that the Report and Recommendation, ECF No. [4], filed on February 9, 2011 by Magistrate Judge Cathy Bissoon, is adopted as the opinion of the Court. The Clerk is to mark the case closed.

/s/ Joy Flowers Conti_____
Joy Flowers Conti
U.S. District Judge

cc: The Honorable Cathy Bissoon
United States Magistrate Judge

Charles Whitney
DM 3996
S.C.I. at Smithfield
P.O. Box 999, 1120 Pike Street
Huntingdon, PA 16652